No. 03–1709. UNION ELECTRIC CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–1710. ESTY ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–1711. SISLER *v.* SUPREME COURT OF MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 03–1712. DEMIRZHIU ET UX. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1713. NU-LOOK DESIGN, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; SUPERIOR PROSIDE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; and JOSEPH M. GREY PUBLIC ACCOUNTANT, P. C., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 03–1714. MICHAEL MINNIS & ASSOCIATES, P. C. *v.* KAW NATION. Ct. Civ. App. Okla. Certiorari denied.

No. 03–1715. PHILIP MORRIS USA INC. *v.* LEWIS, DBA B&H VENDORS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1716. LURIE CO. *v.* COOK COUNTY BOARD OF REVIEW. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–1718. KNUTH *v.* KNUTH. Ct. App. Mich. Certiorari denied.

No. 03–1719. MULTI-TECH SYSTEMS, INC. *v.* MICROSOFT CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1720. UNDERWOOD *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1721. VINTILLA *v.* CITY OF ROCKY RIVER, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.